RAYMOND J. MARSHALL, Respondent-Appellant, v. VILLAGE OF WAPPINGERS FALLS, et al., Appellants-Respondents.

Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.